UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

------------------------------------------------------------------------X
PAUL POIRIER,                                                           :
    Plaintiff,                                          :
  -vs-                                                           :   CIVIL ACTION NO:
                                                                  :
NATIONAL RAILROAD PASSENGER CORP.                                       :
    Defendant.                                           :
------------------------------------------------------------------------X

## **COMPLAINT**

### **COUNT I**

1. The plaintiff is a resident of Cumberland, Rhode Island and brings this action against the defendant, National Railroad Passenger Corporation, a railroad corporation duly established by law, pursuant to the provisions of 45 U.S.C.A., Section 301, et seq., and having its principal office at 400 North Capital Street, N.W., Washington, D.C., and having a usual place of business in Providence, Rhode Island for injuries suffered by him while in the employ of the defendant.  This action is brought by virtue of the provisions of the Federal Employers' Liability Act, 45 U.S.C.A., Section 51, et seq.

2. During all the times herein mentioned, the defendant was a common carrier, engaged in the business of interstate commerce, and, as such, operated a railroad in such business between the said Providence, Rhode Island and Washington, D.C; and, at the time the plaintiff received the injuries complained of, both he and the defendant were engaged in interstate commerce, within the meaning of the said Federal Employers' Liability Act.

3. On or about, May 28, 2020 the plaintiff was employed as a mechanic by the defendant and was engaged in his duties for Amtrak, in Slocum, Rhode Island, which yard, tracks, rails,

engines, trains, cars and all other equipment and appliances appurtenant thereto were owned and/or operated and/or controlled and/or maintained by the defendant, and as a result of the negligence of the defendant, its agents, servants or employees, the plaintiff was injured.

4. On or about May 28, 2020, the plaintiff injured his back while lifting a 13-foot bridge timber in Slocum, Rhode Island. As a result of the incident, he sustained serious injuries to his back which required surgery. Said injuries were caused by the negligence of Amtrak in that:

    A. They failed to provide plaintiff with a safe place to work;

    B. They failed to provide the plaintiff with a sufficient number of co-workers to safely lift the bridge timber;

    C. They failed to provide adequate tools and equipment to lift the bridge timber;

    D. They failed to provide the plaintiff with an adequate safety briefing;

    E. They violated Amtrak safety rules and procedures;

    F. They violated OSHA regulations;

    G.. They were otherwise reckless or negligent.

5. As a result of the said accident, the plaintiff was made sick, sore and lame and has suffered great pain of body, anguish of mind and will so continue to suffer for an indeterminate period of time in the future; that prior to said accident, the plaintiff was a strong, able-bodied man, capable of earning and actually earning the wages of a trackman as an employee of the defendant; that as a result of the said accident, the plaintiff has been incapacitated and prevented from engaging in his employment and that the plaintiff will continue to be so incapacitated in the future; that the plaintiff has been and for some time in the future will be caused to incur expenses for doctors' and hospital services and for medicine in caring for the said injuries.

## COUNT II

1. The plaintiff is a resident of Cumberland, Rhode Island, and brings this action against the

defendant, National Railroad Passenger Corporation, a railroad corporation duly established by law, pursuant to the provisions of 45 U.S.C.A., Section 301, et seq., and having its principal office at 400 North Capital Street, N.W., Washington, D.C., and having a usual place of business in Providence, Rhode Island for injuries suffered by him while in the employ of the defendant. This action is brought by virtue of the provisions of the Federal Employers' Liability Act, 45 U.S.C.A., Section 51, et seq.

2. During all the times herein mentioned, the defendant was a common carrier, engaged in the business of interstate commerce, and, as such, operated a railroad in such business between the said Providence, Rhode Island and Washington, D.C; and, at the time the plaintiff received the injuries complained of, both he and the defendant were engaged in interstate commerce, within the meaning of the said Federal Employers' Liability Act.

3. On or about, May 28, 2020 the plaintiff was employed as a mechanic by the defendant and was engaged in his duties for Amtrak in Slocum, Rhode Island, which yard, tracks, rails, engines, trains, cars and all other equipment and appliances appurtenant thereto were owned and/or operated and/or controlled and/or maintained by the defendant, and as a result of the failure of the defendant, its agents, servants or employees, to use reasonable care to provide the plaintiff a safe place in which to work and to furnish him with safe and suitable tools, appliances and equipment, the plaintiff was injured.

4. On or about May 28, 2020, the plaintiff injured his back while lifting a 13-foot bridge timber in Slocum, Rhode Island. As a result of the incident, he sustained serious injuries to his back which required surgery. Said injuries were caused by the failure of Amtrak to provide reasonably safe place to work and to furnish him with safe and suitable tools, appliances and equipment in that the plaintiff was required lift a heavy 13- foot bridge timber without proper manpower or mechanical assistance.

5. As a result of the said accident, the plaintiff was made sick, sore and lame and has suffered great pain of body, anguish of mind and will so continue to suffer for an indeterminate period

of time in the future; that prior to said accident, the plaintiff was a strong, able-bodied man, capable of earning and actually earning the wages of a trackman as an employee of the defendant; that as a result of the said accident, the plaintiff has been incapacitated and prevented from engaging in his employment and that the plaintiff will continue to be so incapacitated in the future; that the plaintiff has been and for some time in the future will be caused to incur expenses for doctors' and hospital services and for medicine in caring for the said injuries.

> WHEREFORE, the plaintiff demands judgment against the defendant in an amount FIVE HUNDRED THOUSAND DOLLARS $500,000.00. together with interest and costs and such other relief as this Honorable Court may deem necessary.

**PLAINTIFF RESERVES THE RIGHT TO A JURY TRIAL**

PAUL POIRIER
By his attorney,

DATE: April 27, 2023

 /S/ Vincent L. Greene, IV
Vincent L. Greene, IV, Esq.
Motley Rice, LLC
40 Westminster St., 5th Floor
Providence, RI 02903
(401) 457 7700
RI Bar # 5971
vgreene@motleyrice.com

Robert T. Naumes, Esq.
**NAUMES LAW GROUP, LLC**
2 Granite Avenue, Suite 425
Milton, MA 02186
(617) 227 8444
Fed Bar No.: 09545
Robert@Naumeslaw.com
Attorneys for Plaintiff
*PRO HAC VICE MOTION TO BE FILED*

        Christopher C. Naumes, BBO #: 6717601
        NAUMES LAW GROUP, LLC
        2 Granite Avenue, Suite 425
        Milton, MA 02186
        (617) 227 8444
        robert@Naumeslaw.com
        christopher@naumeslaw.com
        Attorney for Plaintiff
*PRO HAC VICE MOTION TO BE FILED*